UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMAD I. JABER,

    Plaintiff(s),

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant(s).
_____/

Case No. 04-72399

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING
MAGISTRATE'S REPORT AND RECOMMENDATION [19]**

This matter has come before the Court on the Magistrate Judge's June 20, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court ACCEPTS and ADOPTS the Magistrate's Report and Recommendation. The Court hereby orders that Defendant's motion for summary judgment is GRANTED and the case is DISMISSED.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: July 26, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 26, 2005, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager